A. M. LEFTWICH, JR. V. THE STATE.

No. 23728. Delivered June 25, 1947.
Rehearing Denied October 22, 1947.

C. L. Harris, of Houston, for appellant.

Ernest S. Goens, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile on a public highway while intoxicated.

There are no bills of exception in the record. A jury was waived and the trial was before the court. Two officers testified to the manner in which appellant was operating his car; that they smelled liquor on his breath, and that he was intoxicated. Appellant and his witnesses testified that he was not intoxicated. A question of fact thus arose, and the finding of the trial court was against appellant. This court is without authority to disturb the judgment.

The judgment is affirmed.

ON APPELLANT'S MOTION FOR REHEARING.

BEAUCHAMP, Judge.

We have re-examined the record in this case in the light of the motion for rehearing and are of the opinion that the correct order was made on original submission.

Appellant's motion for rehearing is overruled.